**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MONIQUE ANDREA
FREDERICKS,
    Plaintiff.

**FILED**

MAY 16 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

CIVIL ACTION NOS. 18-CV-1930
            18-CV-1931
            18-CV-1932

## ORDER

And now, this 15th day of May, 2018, upon consideration of the Motions for Leave to

Proceed *In Forma Pauperis* and the *pro se* Complaints filed by Plaintiff Monique Andrea

Fredericks, it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED**.

2.      Fredericks's Complaints are **DISMISSED WITHOUT PREJUDICE** for failure

to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8 of the Federal Rules of

Civil Procedure, for the reasons set forth in the Court's Memorandum.

3.      Fredericks is given leave to amend within thirty (30) days of the date of this Order

in the event she can cure the defects noted in the Court's Memorandum.  Any amended

complaint shall be a complete document that identifies all of the defendants in the caption in

addition to the body, and shall describe in detail the basis for Fredericks's claims against each

defendant.  If Fredericks is alleging that TransUnion LLC, Equifax, and Experian have all

refused to remove the same accounts from her credit report, she is **DIRECTED** to file one

amended complaint naming all three Defendants and setting forth her claims against them in

Civil Action No. 18-1930.  If not, Fredericks may file an amended complaint in each civil action

noted above.  Upon the filing of any amended complaint, the Clerk of Court shall not make

service until so **ORDERED** by the Court.

4.     The Clerk of Court is **DIRECTED** to furnish Fredericks with three (3) blank copies of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action numbers.

5.     If Fredericks fails to comply with this Order, her cases may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.